## File Hashes for IP Address 24.15.239.233

**ISP:** Comcast Cable
**Physical Location:** Hoffman Estates, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/27/2013 16:12:49 | 09D7C29EFFBFC541C24511FBE502A34AACFA711D | Spur of the Moment |
| 02/27/2013 16:07:55 | 6BA1E888B0A277770FECB22BCAB0AB56F8CD8742 | Working Out Together |
| 02/27/2013 16:05:52 | 1DE0FA5F65D48F7864F0C9F56AC1A6F26C70DBC4 | Formidable Beauty |
| 02/27/2013 15:17:52 | F92029AD5758D6EC3EB2CC58AC2394A790AC4588 | Sacred Romance |
| 02/22/2013 00:33:02 | D8CAC2CE015C6CDE8E5F5A2EC2BF263A086CAA41 | A Little Rain Must Fall |
| 02/21/2013 04:22:00 | 8F014E11FC0965AAED4D55B1441A61A2B64851C3 | Deep Longing |
| 02/21/2013 04:18:30 | 1C96F93F199EF8E6B46EE022A6372962731F429E | Black and White |
| 02/11/2013 17:01:14 | 0D4FE0218F559E75917860DD8925C8E233CB1758 | Afternoon Picnic |
| 12/31/2012 19:01:18 | 6EC867C3CECA442CAEA05F97E24A4B6C9B84C8E4 | Cum With Me |
| 12/31/2012 18:41:09 | 28AEC3B3B4BF4C5F16B68AA3CA1E5F99ADFF664B | Inside Perfection |
| 12/31/2012 18:31:50 | D17D20BC3F45458D925787A1F97FE9AFB51C1DD | Introducing Angelica |

**Total Statutory Claims Against Defendant: 11**

EXHIBIT A

NIL54